ACCEPTED
03-13-00498-CV
5163233
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/5/2015 4:23:59 PM
JEFFREY D. KYLE
CLERK

# LAW OFFICE OF DON CRUSE

1108 Lavaca Street
Suite 110-436
Austin, Texas 78701

(512) 853-9100
(512) 870-9002 *fax*
don.cruse@texasappellate.com

**BY E-FILING**

May 5, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/5/2015 4:23:59 PM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:   **Acknowledgment of Oral Argument Setting**
*Lawson v. Keene*, No. 03-13-00498-CV

Dear Mr. Kyle:

This letter confirms that the undersigned counsel, Don Cruse, will be presenting oral argument on behalf of the Appellants.

Respectfully submitted,

Don Cruse
State Bar No. 24040744

## CERTIFICATE OF SERVICE

I certify that on May 5, 2015, this **Letter** was served on counsel

under Texas Rule of Appellate Procedure 9.5(b):

D. Todd Smith
Smith Law Group, P.C.
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
*todd@appealsplus.com*

COUNSEL FOR APPELLEES


/s/ Don Cruse
_____
Don Cruse